UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMEEKA C. DAVIS,<br><br>    Petitioner,<br><br>  v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>    Respondent. | Case No. 15-cv-05760-HSG (PR)<br><br>**ORDER GRANTING PETITIONER EXTENSION OF TIME TO COMPLETE IFP APPLICATION** |

On December 16, 2015, petitioner, a California prisoner incarcerated at the California Women's Facility, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the Clerk notified petitioner that she had failed to pay the $5.00 filing fee or, in the alternative, file an application to proceed in forma pauperis ("IFP"). On January 11, 2016, petitioner filed an IFP application, but it was missing two required forms: (1) a certificate of funds signed by an authorized prison officer, and (2) a prison trust fund account statement showing transactions for the last six months.

In the interest of justice, the Court will grant petitioner an extension of time to file the missing certificate of funds and prison trust account statement, no later than **thirty (30)** days from the date this order is filed. In the alternative, petitioner may pay the $5.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to petitioner.**

    **IT IS SO ORDERED.**

Dated: 1/28/2016

                                                  HAYWOOD S. GILLIAM, JR.
                                                  United States District Judge